No. 236. EVANS ET AL. *v.* CORNMAN ET AL. Appeal from D. C. Md. Probable jurisdiction noted. The Solicitor General is invited to file a brief expressing the views of the United States. *Francis B. Burch,* Attorney General of Maryland, *Robert F. Sweeney,* Deputy Attorney General, and *George W. Liebmann,* Assistant Attorney General, for appellants. *Richard Schifter* for appellees. 

No. 301. PIKE *v.* BRUCE CHURCH, INC. Appeal from D. C. Ariz. Motion of Western Growers Assn. for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted and case set for oral argument with No. 185 [probable jurisdiction noted, *supra,* p. 811]. *George C. Lyon* for Western Growers Assn. on the motion. *Gary K. Nelson,* Attorney General of Arizona, *Thomas A. Miller,* Assistant Attorney General, and *Rex E. Lee* for appellant. *Jacob Abramson* for appellee.

No. 305. UNITED STATES *v.* SISSON. Appeal from D. C. Mass. Further consideration of question of jurisdiction in this case postponed to the hearing of the case on the merits. Case placed on summary calendar and set for oral argument with No. 76 [certiorari granted, *infra,* p. 816]. In addition to questions presented on the merits, counsel requested to discuss in their briefs and oral arguments, not only the issue of jurisdiction under the "arresting a judgment" subdivision of 18 U. S. C. § 3731, but also the questions whether jurisdiction exists under either the "motion in bar" subdivision or the "decision . . . setting aside, or dismissing" subdivision of 18 U. S. C. § 3731. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. *John G. S. Flym* for appellee.